From:  Michael K. Bloch /Plaintiff                         December 7, 2007
       866 N. 15th Street
       Manitowoc, WI 54220     MAILED TO HON. GRIESBACK
                               FAXED TO ATTORNEYS

To:    Hon. William C. Griesbach
       United States District Court
       For the Eastern District Of Wisconsin
       Green Bay, WI 54305-2490

Re:    Case # 07 CV 0478    Attorney Misrepresentation


Dear Judge Griesbach,

  By this letter, with copies to the Defendants, I am informing your Court of deliberate misrepresentation by Attorney Charles W Jones and Associates.
  Though the information was in Jones' possession as to the pending sale of Rockwell Lime in 2004 to Carmuese Lime, the knowledge of Rockwell being self-insured $23k per employee, the knowledge that the Defendants were not being forthright in requested Discovery, Jones deliberately kept this from your Court to attain Summary Judgment in favor of the Defendants. I further assert he did so to attain monetary gain from the Defendants
  By numerous letters, faxes & phone calls to Jones, I requested Private Investigators to be hired, Depositions to be taken, Interrogatories obtained, requesting filings with your Court when the Defendants were not forthcoming with their E-mails and monthly and by-monthly minutes. I requested computer-documented verification of the phony records being filed by the Defendants in your Court, with no avail.
  You made a decision for Summary Judgment in favor of the Defendants based on fraudulent filings by Attorney Jones & his deliberate leaving out of the information that would have given a totally different outcome.
  I will be filling an appeal in this Case and file Charges against Atty. Jones for his deliberate scam upon me and YOUR FEDERAL COURT!!!

Respectfully Submitted,

*Michael K. Bloch*  Dec 7, 2007
/Michael K. Bloch/Date


Pc: Kristin N. Foy/Defendant Attorney
    Amy Schmidt Jones/Defendant Attorney
    Charles W. Jones Jr./Plaintiff Attorney